# EXHIBIT A

| From: | Mark Sheely |
|---|---|
| To: | Brianna Vazquez |
| Cc: | Michelle Mason |
| Subject: | Re: Advertising Inquiry - PETA |
| Date: | Friday, May 15, 2020 8:57:55 AM |

Hi Brianna,

Below is the response from Shore Transit about the ads you requested to run on their buses.

"After considerable consideration, we will decline the PETA ads. We find them too offensive for our market and political in nature."

Thanks, Mark

On Tue, May 12, 2020 at 10:58 AM Brianna Vazquez <briannav@peta.org> wrote:

> Hi Mark,
>
> My name is Brianna and I am with PETA (People for the Ethical Treatment of Animals). We are interested in placing either of the attached creatives on buses with Shore Transit that service Salisbury, MD for 4-weeks beginning ASAP. Would either of these be approved? If so, I'd love to see your available inventory and rates.
>
> Thanks!
>
> Brianna
>
> 
>
> **Brianna Vazquez**
>
> Communications Administrator, PETA
>
> briannaN@peta.org | 315-254-8088

--



# MARK A. SHEELY
REGIONAL MANAGER

P: (443) 275-1770 EXT 317
C: (443) 957-5968
vectormedia.com

