| No. | Exhibit |
|---|---|
| A | PETA, M.D. Pub. Info. Act Requests to Tri-County Council ("TCC") & Shore Transit (March 2021) ("MPIA Requests") |
| B | TCC Response to MPIA Requests (May 2021) |
| C | Reproduced PETA Ads; Correspondence Between PETA & Vector Media (May 2020) |
| D | Vector Media Contract for Management and Operation of Regional Transit Advertising Program (Nov. 2019) ("Vector Media Contract"); Maryland Locally Operating Transit System ("LOTS") Manual (Jan. 2019) |
| E | TCC Exec. Bd. Meeting Agendas & Minutes; Correspondence Between Shore Transit & Vector Media Regarding Rejected CBD & Medical Marijuana Advertisements (March 2018–March 2020) |
| F | Vector Media, Shore Transit Advertising Reports (Contract Period Dec. 2019–Nov. 2020 & Dec. 2020–Nov. 2021) |