# EXHIBIT A

LAW OFFICE
# COCKEY, BRENNAN & MALONEY, P. C.

ROBIN R. COCKEY
MARK P. BRENNAN
THOMAS J. MALONEY
HEATHER R. KONYAR
ASHLEY A. BOSCHÉ
LAURA E. HAY

MICHAEL P. SULLIVAN
SARAH A. BURKEY

313 LEMMON HILL LANE

SALISBURY, MARYLAND 21801

(410) 546-1750

FAX (410) 546-1811

rrcesq@cbmlawfirm.com
brennan@cbmlawfirm.com
tjmaloney@cbmlawfirm.com
konyar@cbmlawfirm.com
bosche@cbmlawfirm.com
hay@cbmlawfirm.com

msullivan@cbmlawfirm.com
burkey@cbmlawfirm.com
WEBSITE: http://www.cbmlawfirm.com

March 24, 2021

Tri-County Council for the Lower Eastern Shore of Maryland
Tri-County Council Multi-Purpose Center
31901 Tri-County Way, Suite 201
Salisbury, MD 21804

>   Re: ***People for the Ethical Treatment of Animals, Inc.***
>   ***Maryland Public Information Act Request***

Dear Ladies and Gentlemen:

This is a request under the Maryland Public Information Act, pursuant to Title 4 of the General Provisions Article of the Maryland Annotated Code. I am making the request on behalf of my clients, People for the Ethical Treatment of Animals, Inc. ("PETA"). I am seeking the following:

1) All records relating to PETA and PETA's proposed advertisement(s).

2) All advertisements approved or rejected by Shore Transit over the last 3 years.

3) All documents relating to Shore Transit's standards for accepting or rejecting advertisements, including any advertising policy Shore Transit may administer.

4) All documents concerning Shore Transit's reasons for approving, not approving, or requesting modifications to advertisements submitted for Shore Transit's system, including any communications with entities that submitted advertisements for approval.

5) Documents sufficient to show percentage and dollar amount of revenue generated by paid advertisements on Shore Transit's system.

If all or any part of this request is denied, I request that I be provided with a written statement of the grounds for the denial. If you determine that some portions of the requested records are exempt from disclosure, please provide me with the portions that can be disclosed.

I look forward to receiving disclosable records promptly and, in any event, a decision about all of the requested records within 30 days.

Thank you for your cooperation. If you have any questions regarding this request, please contact me.

Very Truly Yours,

Robin R. Cockey

RRC/lc

LAW OFFICE
# Cockey, Brennan & Maloney, P. C.

ROBIN R. COCKEY
MARK P. BRENNAN
THOMAS J. MALONEY
HEATHER R. KONYAR
ASHLEY A. BOSCHÉ
LAURA E. HAY

MICHAEL P. SULLIVAN
SARAH A. BURKEY

313 LEMMON HILL LANE

SALISBURY, MARYLAND 21801

(410) 546-1750

FAX (410) 546-1811

rrcesq@cbmlawfirm.com
brennan@cbmlawfirm.com
tjmaloney@cbmlawfirm.com
konyar@cbmlawfirm.com
bosche@cbmlawfirm.com
hay@cbmlawfirm.com

msullivan@cbmlawfirm.com
burkey@cbmlawfirm.com
WEBSITE: http://www.cbmlawfirm.com

March 24, 2021

Shore Transit
Tri-County Council Multi-Purpose Center
31901 Tri-County Way
Salisbury, MD 21804

Re: **People for the Ethical Treatment of Animals, Inc.**
**Maryland Public Information Act Request**

Dear Ladies and Gentlemen:

This is a request under the Maryland Public Information Act, pursuant to Title 4 of the General Provisions Article of the Maryland Annotated Code. I am making the request on behalf of my clients, People for the Ethical Treatment of Animals, Inc. ("PETA"). I am seeking the following:

1) All records relating to PETA and PETA's proposed advertisement(s).

2) All advertisements approved or rejected by Shore Transit over the last 3 years.

3) All documents relating to Shore Transit's standards for accepting or rejecting advertisements, including any advertising policy Shore Transit may administer.

4) All documents concerning Shore Transit's reasons for approving, not approving, or requesting modifications to advertisements submitted for Shore Transit's system, including any communications with entities that submitted advertisements for approval.

5) Documents sufficient to show percentage and dollar amount of revenue generated by paid advertisements on Shore Transit's system.

If all or any part of this request is denied, I request that I be provided with a written statement of the grounds for the denial. If you determine that some portions of the requested records are exempt from disclosure, please provide me with the portions that can be disclosed.

I look forward to receiving disclosable records promptly and, in any event, a decision about all of the requested records within 30 days.

Thank you for your cooperation. If you have any questions regarding this request, please contact me.

Very Truly Yours,

Robin R. Cockey

RRC/lc