# EXHIBIT B

**SEIDEL, BAKER & TILGHMAN, P.A.**
ATTORNEYS AT LAW
110 North Division Street
Salisbury, MD 21801
410-742-8176
FAX: 410-742-3117

SHELDON B. SEIDEL (1925-2001)
S. MARK TILGHMAN
SUSAN SEIDEL TILGHMAN

PETER J. GOLBA*
*Admitted in MD & DE

May 4, 2021

**Robin R. Cockey, Esquire**
COCKEY, BRENNAN & MALONEY, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801

*Re: PETA MPIA RESPONSE*

Dear Robin:

In connection with the March 24, 2021 MPIA request from PETA, please note that Tri-County Council for the Lower Eastern Shore of Maryland has searched its files, contacted its third-party vendor that handles its advertising and has utilized several staff members to research, locate and review material pertinent to the MPIA request. It responds as follows to each part of the request with documents that were able to be identified in connection with the request:

(1) All records relating to PETA and PETA's proposed advertisement(s).

- Attached are two electronic advertisements that were submitted by PETA; an email from Brianna Vazquez; and an email from ST concerning the advertisement issue.

(2) All advertisements approved or rejected by Shore Transit over the last 3 years.

- ST requested approved advertisements from its vendor Vector Media, which is able to research and gather them (task not completed per email exchanges with attorney for PETA on May 4, 2021). A supplement will be provided if the information is later requested. The only copies of rejected advertisements are contained in the response to section (1).

(3) All documents relating to Shore Transit's standards for accepting or rejecting advertisements, including any advertising policy Shore Transit may administer.

- Attached is the contract signed with Vector Media and the LOTS manual.

(4) All documents concerning Shore Transit's reasons for approving, not approving, or requesting modifications to advertisements submitted for Shore Transit's system, including any communications with entities that submitted advertisements for approval.

- See items produced under Section (3) and attached meeting agenda and minutes (March 14, 2018; March 21, 2018; May 16, 2018; July 29, 2015; September 23, 2015; and email correspondence concerning cannabis advertisement rejection.

(5) Documents sufficient to show percentage and dollar amount of revenue generated by paid advertisements on Shore Transit's system.

- Attached, please find a spreadsheet for 2020 and 2021 YTD advertisement revenue and generation.

The total amount owed in connection with the gathering of the information and all communications pertinent to the MPIA response with the first two hours of work waived (pro-rated waiver) is **$697.03**. Attached is a summary of the hours spent and billing rates tied to the work. Please have your client forward payment to ***Tri-County Council for the Lower Eastern Shore of Maryland, 31901 Tri-County Way, Suite 133, Salisbury, MD 21804, Ref: PETA MPIA***.

Should you have any questions, please feel free to contact me. Thank you for your courtesy and attention.

Very truly yours,

Peter J. Golba

PJG/
Attachments (Electronically Provided)
cc: John J. Donegan III, Administrative Services Director