# EXHIBIT C

# NO ONE NEEDS TO KILL TO EAT.

**Close the slaughterhouses: Save the workers, their families, and the a**



**From:** Brad Bellacicco <bbellacicco@tcclesmd.org>
**Sent:** Wednesday, March 31, 2021 10:13 AM
**To:** Gregory Padgham <gpadgham@tcclesmd.org>; John J. Donegan III <jdonegan@tcclesmd.org>; Sharon Jones <sjones@tcclesmd.org>
**Subject:** FW: Advertising Inquiry - PETA

Upon the Mark Sheely's recommendation and considering the COVID situation unfolding in the area poultry plants, it was decided not to accept these ads.

In the past we have rejected one for marijuana dispensary on the grounds we drug test our drivers per Federal law and should not promote the produce on our buses. The TCC

Our contract with Vector does allow us to review and reject ads. The fourth attachment is a scan of page 16 of the Advertising contract with Vector Media with the right to reject ads highlighted.

Brad Bellacicco
Director, Shore Transit Division
Tri-County Council LES
31901 Tri-county Way
Suite 133
Salisbury, Maryland 21804
Phone: 410.341.8951
Fax: 410.341.8953
Mobile: 443.754.1229
Email: bbellacicco@shoretransit.org

 Please consider the environment before printing this email

Legal Disclaimer: ElectronicCommunications-

**From:** Mark Sheely <msheely@vectormedia.com>
**Sent:** Tuesday, May 12, 2020 12:10 PM
**To:** Brad Bellacicco <bbellacicco@tcclesmd.org>
**Cc:** Dylan Stedman <dstedman@vectormedia.com>; Michelle Mason <mmason@vectormedia.com>
**Subject:** Fwd: Advertising Inquiry - PETA

Hi Brad,

I hope you are doing well.

I received the email below from PETA. Can you let me know if we have permission to sell them exterior bus ads and run this creative?

Thank you,

Mark



**MARK A. SheELY**
REGIONAL MANAGER

p: (443) 275-1770 ext 317
c: (443) 957-5968
vectormedia.com

*Tell Better Stories*

---------- Forwarded message ----------
From: **Brianna Vazquez** <briannav@peta.org>
Date: Tue, May 12, 2020 at 10:58 AM
Subject: Advertising Inquiry - PETA
To: msheely@vectormedia.com <msheely@vectormedia.com>

Hi Mark,

My name is Brianna and I am with PETA (People for the Ethical Treatment of Animals). We are interested in placing either of the attached creatives on buses with Shore Transit that service Salisbury, MD for 4-weeks beginning ASAP. Would either of these be approved? If so, I'd love to see your available inventory and rates.

Thanks!
Brianna

**Brianna Vazquez**



Communications Administrator, PETA
briannaN@peta.org | 315-254-8088

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

- image001.png (5 KB)
- Close-the-slaughterhouses-girl.pdf (2 MB)
- Close-the-slaughterhouses-knife.pdf (804 KB)
- Scan_20210331_102601.pdf (512 KB)
- image002.jpg (2 KB)