# EXHIBIT E



31901 TRI-COUNTY WAY
SUITE 203
SALISBURY, MARYLAND 21804
PHONE: 410-341-8989
FAX: 410-341-8988
WWW.LOWERSHORE.ORG

To:     Tri-County Council Members

From:   Kristie Eberly
        Executive Coordinator

Date:   March 14, 2018

Re:     TCC Meeting Information

Enclosed is the agenda and information you will need for the Tri-County Council meeting on Wednesday, March 21, 2018, at the Washington Inn and Tavern, 11784 Somerset Avenue, in Princess Anne. The meeting will begin at 6:00 p.m.

If you have not already done so, please RSVP by Monday, March 19. If you have any questions, please call Mike Pennington or myself at (410) 341-8989.



*Serving Somerset, Wicomico and Worcester Counties*



# TRI-COUNTY COUNCIL MEETING
Wednesday, March 21, 2018
Salisbury, Maryland
6:00 p.m.

## AGENDA

Call to Order – Randy Laird, Chair

Minutes of December 7, 2017 – John Cannon, Secretary

Presentation – Project Opportunity – Joe Giordano

Old Business

    A. Shore Transit Update – Brad Bellacicco
    B. Lower Shore Workforce Alliance (LSWA) – Becca Webster
    C. "Taste of the Eastern Shore" Legislative Event – Kristie Eberly
    D. Executive Director Search – John Hall

New Business

    A. FY2019 Budget – John Donegan
    B. Transit Bus Advertisers – Brad Bellacicco

Other Business

Adjourn

## Kristie Eberly

**From:** Kristie Eberly
**Sent:** Wednesday, March 21, 2018 10:35 AM
**To:** Addie Eckardt ; ANTHONY "CHIP" W. BERTINO, JR. (cbertino@co.worcester.md.us); Bob Culver (bculver@wicomicocounty.org); Bud Church (bchurch565@aol.com); Carl Anderton (carlandertonjr@gmail.com); Charles Otto (Charles.Otto@house.state.md.us); Chris Adams (christopher.adams@house.state.md.us); Craig N. Mathies (ccece7 @verizon.net); Dennis Williams (Savarese21@verizon.net); Diana Purnell (dpurnell@co.worcester.md.us); Doug Gosnell (pdgosnell@yahoo.com); Doug Taylor (dtaylor@somersetmd.us); Ernest Davis (edavis@wicomicocounty.org); Harold Higgins (hhiggins@co.worcester.md.us); James Mathias (james.mathias@senate.state.md.us); Jerry Boston (jsboston49@yahoo.com); Joe Holloway (jholloway@wicomicocounty.org); Joe Mitrecic (jmitrecic@co.worcester.md.us); John Cannon (jcannon@wicomicocounty.org); John Hall (johnhall@wicomicocounty.org); Johnny Mautz (Johnny.Mautz@house.state.md.us); Larry Dodd (lwd7734@comcast.net); Latoya Purnell (purnell@snowhillmd.com); Laura Hurley (lhurley@wicomicocounty.org); Madison J. Bunting (mbunting@co.worcester.md.us); Marc Kilmer (mkilmer@wicomicocounty.org); Mary Beth Carrozza (MaryBeth.Carozza@house.state.md.us); Matt Holloway (mholloway@wicomicocounty.org); Merrill Lockfaw (mlockfaw@co.worcester.md.us); Randy Laird - Somerset County (lfarmsss@yahoo.com); Sheree Sample-Hughes (sheree.sample.hughes@house.state.md); Ted Elder (telder@co.worcester.md.us); Wayne Strausburg (strausburg@wicomicocounty.org); Weston Young (wyoung@wicomicocounty.org)
**Cc:** Lory Ebron (lebron@somersetmd.us); Lisa Taylor (ltaylor@wicomicocounty.org); Kim Moses (admin@co.worcester.md.us)
**Subject:** TCC Meeting Tonight

**Importance:** High

Good Morning,

Due to the questionable weather forecast for later today, Chair Randy Laird has decided to cancel the Tri-County Council meeting schedule for this evening.

We will let you know when the meeting is rescheduled.

Thank you,
Kristie

**KRISTIE EBERLY**
**EXECUTIVE COORDINATOR**
**TRI-COUNTY COUNCIL FOR THE LOWER**
**EASTERN SHORE OF MARYLAND**
31901 TRI-COUNTY WAY, SUITE 203
SALISBURY, MARYLAND 21804
PHONE: 410.341.8989
FAX: 410.341.8988
MAIL: KEBERLY@TCCLESMD.ORG
EB: WWW.LOWERSHORE.ORG

 Please consider the environment before printing this email

1

TRI-COUNTY COUNCIL
EXECUTIVE BOARD MEETING
Wednesday, May 16, 2018
Salisbury, Maryland
6:00 p.m.

## AGENDA

Call to Order – Randy Laird, Chair

Minutes of February 21, 2018 – John Cannon, Secretary

Old Business

      A. Shore Transit Update – Brad Bellacicco
      B. Lower Shore Workforce Alliance (LSWA) Update – Becca Webster
      C. Revolving Loan Fund (RLF) – Mike Pennington

New Business

      A. Transit Bus Advertisers – Brad Bellacicco
      B. FY2019 Budget – John Donegan
      C. Open Meetings Appointee – Randy Laird
      D. TCC Meeting Location – Mike Pennington
      E. Forestry Field Trip – Mike Pennington

Other Business

      A. SBA Veterans' Services Grant – Mike Pennington

Adjourn

Executive Board Meeting Minutes
May 16, 2018

Randy Laird, Chair, called the meeting of the Tri-County Council for the Lower Eastern Shore of Maryland Executive Board to order on Wednesday, May 16, 2018, at the Tri-County Council Multi-Purpose Center in Salisbury at 6:15 p.m.

Voting Members in attendance: John Cannon and Larry Dodd, Wicomico County; Ted Elder and Joe Mitrecic, Worcester County; Senator Jim Mathias.

Non-Voting Members in attendance: Jerry Boston, Somerset County; John Hall, Wicomico County.

Staff in attendance: Mike Pennington, Kristie Eberly, Brad Bellacicco, John Donegan, Becca Webster and Charlotte Pittman.

Mr. Boston had Mr. Rex Simpkins' proxy.

A quorum was present.

On a motion by Mr. Dodd, seconded by Mr. Boston, the Executive Board unanimously voted to meet in closed session at 6:15 p.m. to discuss personnel matters permitted under the provision of Section 3-305(b)(1) of the General Provisions Article of the Annotated Code of Maryland. Also present at the closed session was Charlotte Pittman, Human Resources Manager. The topic discussed was the hiring of the next Executive Director.

On a motion by Mr. Boston, seconded by Mr. Dodd, the Executive Board unanimously voted to adjourn the closed session at 7:00 p.m. After the closed session, the Executive Board reconvened in open session.

On a motion by Mr. Mitrecic, seconded by Mr. Dodd, the minutes of the Executive Board meeting on February 21, 2018, were approved as written.

**Old Business**

### A. Shore Transit Update – Brad Bellacicco

Shore Transit will be flat funded for FY19 by the Maryland Transit Administration (MTA). MTA is planning to have the Operational grants out in late July but we are not expecting any payments until September or later. Matching funds from Wicomico and Worcester Counties will be used until then to cover expenses.

There are 42 vehicles in the fleet now with one retired this week. Two medium buses from FY18 capital funds are due in late summer. Hoping to get 4 or 5 medium buses and 2 or 3 small buses in FY19 Capital grants.

There are 88 employees, 45 are drivers and 4 are team leaders. There are 2 part-time drivers in training and 4 more drivers are needed.

Added an east run and a west run between Salisbury and Ocean City on Saturday morning. Also added another regional route returning from Ocean City in the afternoon.

Ridership is down. The Metropolitan Planning Organization (MPO) is going to fund a study to determine why and what can be done to change this.

The Phase III water and sewer project continues to progress. The sewer hook-up has been completed and is functioning. The water lines are being installed and work is being done in the pump house. The contractor estimates completion the end of June. Concurrence was received from MTA to award the bus wash equipment contract.

Mr. Elder asked how many buses were using each type of fuel. There are 27 dual gas and propane buses, 5 diesel buses and 5 older gas buses that won't be converted.

### B. Lower Shore Workforce Alliance (LSWA) Update – Becca Webster

The Youth Program Coordinator, Ivonne Lomax, will be at upcoming Somerset and Worcester Counties' Commissioner meetings to talk about the youth programs.

The Workforce Investment Board has an open At-Large member position for a union representative. Mrs. Webster asked the Executive Board to appoint Mr. Nicholas Caruso who represents the IBEW on the lower shore. On a motion by Mr. Mitrecic, seconded by Senator Mathias, the Executive Board unanimously voted to approve the appointment of Mr. Caruso as an At-Large member of the Workforce Investment Board.

As a result of revisions to improve the process for enrolling applicants in the Adult and Dislocated Worker Program there has been an increase in enrollments.

### C. Revolving Loan Fund (RLF) Resolution – Mike Pennington

The application for the U.S. Department of Agriculture (USDA) Intermediary Relending Program (IRP), which was submitted last year, is eligible for funding for one more quarter. If it is not funded in this quarter, the application will be revised and submitted again.

The draft policies and procedures will be ready for review and approval at the Tri-County Council's June meeting.

Working with the Maryland Department of Housing and Community Development (DHCD) and the RLF consultant on an application for $500,000 in funding which will be used to capitalize the RLF.

**New Business**

### A. Transit Bus Advertisers – Brad Bellacicco

The company that handles the advertising on the buses has received several requests from medical cannabis businesses that are interested in purchasing advertisements. Mr. Bellacicco ask if the Executive Board if Shore Transit should accept this type of advertising.

Following discussion, on a motion by Mr. Dodd, seconded by Mr. Mitrecic, the Executive Board unanimously voted to refrain from cannabis advertising on the buses.

### B. FY2019 Budget – John Donegan

At this time, Shore Transit is expecting level funding. LSWA is level funded for FY19. Rural Maryland Prosperity Investment Fund (RMPIF) funding is more than last year.

The utility projections in the budget include the new water and sewer costs for the building and Shore Transit.

Mr. Cannon asked why the benefits are a larger ratio of salary. Mr. Donegan said he would look at that and report at the next meeting.

### C. Open Meetings Appointee – Randy Laird

To be in compliance with the Open Meetings Act the Executive Board needs to designate at least one employee, officer or member to receive training. Following discussion, on a motion by Mr. Dodd, seconded by Mr. Mitrecic, the Executive Board unanimously voted to designate Mrs. Kristie Eberly as the Open Meetings Act designee.

### D. TCC Meeting Location – Mike Pennington

The TCC meeting in March was to be held in Princess Anne but was cancelled due to weather. Mr. Pennington asked the Executive Board if the June meeting should be scheduled in Somerset County or Wicomico County as originally planned. The Executive Board decided to hold the June meeting in Somerset County.

### E. Forestry Field Trip – Mike Pennington

Last year Dan Rider with the Department of Natural Resources lead a trip that visited several forestry related businesses for the Mid-Shore Regional Council. He would like to do the same for the lower shore if the Tri-County Council members are interested in participating. The Executive Board members were not interested at this time but this could be a possibility for next year.

**Other Business**

Project Opportunity, a veteran entrepreneurial training program, applied to the Small Business Association (SBA) for the Veterans' Services Grant. Even with support from the Maryland SBA office, the grant was awarded to the incumbent provider who will be required to cover five states.

There being no further business, on a motion from Mr. Dodd, seconded by Mr. Cannon, the meeting was adjourned at 8:00 p.m.

# Tri-County Council
*for the Lower Eastern Shore of Maryland*
*Serving Somerset, Wicomico and Worcester Counties*

Executive Board Meeting Minutes
July 29, 2015

Jerry Boston, Chair, called the meeting of the Tri-County Council for the Lower Eastern Shore of Maryland Executive Board to order on Wednesday, July 29, 2015, at the Tri-County Council Multi-Purpose Center in Salisbury at 6:00 p.m.

Voting Members in attendance: John Hall and Larry Dodd, Wicomico County; Merrill Lockfaw and Joe Mitrecic, Worcester County.

A quorum was present.

Staff in attendance: Mike Pennington, Kristie Eberly, Brad Bellacicco and John Donegan.

Guests in attendance: Jim Potter and Laura Kellog, AgEnergy USA.

On a motion by Mr. Hall, seconded by Mr. Mitrecic, the minutes of the Executive Board meeting on May 13, 2015, were approved as written with one correction.

Jim Potter and Laura Kellogg, AgEnergy USA, presented to the Executive Board information on the potential Clean Bay Renewable Energy Project which be the building of anaerobic digesters that use poultry litter to produce energy.

On a motion from Mr. Hall, seconded by Mr. Lockfaw, the Executive Board unanimously voted to write a letter of support for the project.

**Old Business**

## A. Shore Transit Update – Brad Bellacicco

Work is progressing on the fall schedule which will be ready by August 13 for the public hearings. The fall schedule will go into effect in September.

The contract is in place with Salisbury University to do the bus route between the student housing complexes and the campus. Shore Transit has hired the drivers that were on that route and bought the buses that were being used from Salisbury University. Salisbury University is paying $55 per hour for this service.

The Annual Transportation Plan (ATP) is in final review at the Maryland Transit Administration and indications are that the funding for FY16 will be flat.

Advertisements on the buses have been selling well and Shore Transit has received about $7,000 to date. The company handling the advertisements has asked if political advertisements are to be accepted. Following discussion, the Executive Board decided to bring the matter before the Tri-County Council at the September meeting.

There are now 14 vehicles that have been converted to dual gas and propane fuel and they are showing a savings in fuel costs. With the age of the fleet it has been a challenge to keep the needed number of vehicles on the road. There are currently 12 vehicles down.

Shore Transit has 96 employees. There is some concern about how many drivers will be available when school starts in September.

FY15 funds will be used to pay back $150,000 on the line of credit. After this is paid there will be about $310,000 in debt remaining and there are plans to pay off this amount in FY16. If there is a cash flow problem prior to receiving FY16 grant funds from MTA, the line of credit may have to be used again.

### B.  TCCMPC Annexation – Mike Pennington

The process to have the TCCMPC annexed into the City of Salisbury has been completed. The public hearing was held on July 13 and the comment period ends September 1. The annexation will take effect 45 days after the public hearing.

### C.  CEDS Update – Mike Pennington

The 2015 update of the Comprehensive Economic Development Strategy (CEDS) is complete and the document is being reviewed. It will be posted on the Tri-County Council website.

### D.  Micro-Breweries Marketing Initiative Grant Update – Mike Pennington

The Tri-County Council submitted an application to the U.S. Department of Agriculture (USDA) Rural Development for a Rural Business Development Grant (RBDG) to increase tourism through the promotion of micro-breweries on the Eastern Shore. USDA has preliminarily approved a grant of about $21,000. The grant will be awarded in September.

**New Business**

### A.  TCCMPC Fire Service – Mike Pennington

The TCCMPC property is currently in the Parsonsburg fire department's service area. The chief contact us regarding his concerns about emergency response time after the property is annexed into the City of Salisbury. He asked the Tri-County Council to consider requesting that the property remain in the Parsonsburg service area. Following discussion, Mr. Hall offered to ask the Wicomico County legal department for a recommendation.

**Other Business**

The Eastern Shore Regional Councils will be having a lunch meeting on Friday, August 14 during the Summer MACO Conference in Ocean City.

The Tri-County Council is scheduled to meet on September 23 in Somerset County.

There being no further business, on a motion from Mr. Dodd, seconded by Mr. Mitrecic, the meeting was adjourned at 7:20 p.m.

# TRI-COUNTY COUNCIL MEETING
Wednesday, September 23, 2015
Princess Anne, Maryland
6:00 p.m.

## AGENDA

Call to Order - Jerry Boston, Chair

Minutes of June 24, 2015 - Larry Dodd, Secretary

Welcome – Dominick Murray, Executive Director of Business and Economic Development, UMES

Presentation – Bill McGowan and Shannon Reed, USDA, Rural Development

Old Business

        A.  Shore Transit Update – Brad Bellacicco
        B.  TCCMPC Annexation – Mike Pennington
        C.  FY16 Budget – Mike Pennington & John Donegan

New Business

        A.  2015 Citizenship Award – Jerry Boston
        B.  Tri-County Council's December Meeting – Jerry Boston

Other Business

Adjourn

# Tri-County Council

For the Lower Eastern Shore of Maryland
Serving Somerset, Wicomico and Worcester Counties

Tri-County Council Meeting Minutes
September 23, 2015

Jerry Boston, Chair, called the meeting of the Tri-County Council for the Lower Eastern Shore of Maryland to order on Wednesday, September 23, 2015, at the University of Maryland Eastern Shore in Princess Anne at 6:25 p.m.

Voting Members in attendance: Charles Fisher and Randy Laird, Somerset County; John Cannon, Larry Dodd and John Hall, Wicomico County; Ted Elder, Joe Mitrecic and Diana Purnell, Worcester County; Senator Jim Mathias; Delegate Charles Otto; Dennis Williams, Town of Princess Anne; Laura Mitchell, City of Salisbury; Michael Pruitt, Town of Snow Hill

Non-Voting Members in attendance: Wayne Strausburg, Wicomico County

A quorum was present.

Staff in attendance: Mike Pennington, Kristie Eberly, Brad Bellacicco and John Donegan.

Guests in attendance: Bill McGowan and Shannon Reed, USDA, Rural Development; Dominick Murray, University of Maryland Eastern Shore.

On a motion from Mr. Dodd, seconded by Mr. Cannon, the minutes for the meeting of June 24, 2015, were approved with one correction.

### Welcome – Dominick Murray, Executive Director of Business and Economic Development, UMES

Mr. Murray welcomed the Tri-County Council to the UMES campus. He explained that in his new position as Executive Director of Business and Economic Development he is looking at ways to expand UMES' role in creating jobs and developing businesses on the lower shore. He also would welcome the opportunity to do this through partnerships with county and municipal governments.

### Presentation – Bill McGowan and Shannon Reed, USDA, Rural Development

Mr. McGowan talked about the projects and amount of funding that USDA has invested in the lower shore over the last 10 years. He also talked about some of the programs available. He stressed that USDA should be contacted early in the project development process as certain decisions can have an effect on funding decisions.

**Old Business**

### A. Shore Transit Update – Brad Bellacicco

The winter schedule went into effect on September 21st and the transition went smoothly. The schedule was reduced to 820 hours per week. The route for Salisbury University has started and there were 320 students the first week.

As the demand for Origin to Destination service for seniors and ADA customers is continuing to grow Shore Transit is looking for ways to keep costs under control while still providing the needed services.

Cash flow is slow but has been better than most years. The first of the FY16 funds should be coming in the next week.

The hot weather took a toll on our aging fleet. Maintenance has been working to get caught up on the smaller issues and preventative maintenance. The Request for Proposal (RFP) for new buses is being reviewed by the Maryland Transit Administration (MTA) now.

The planning of Phase 3 of construction, which is connecting to public water and sewer and the installation of the bus wash, is moving forward. Next fall they should be laying the new lines.

At the Transportation Association of Maryland (TAM) meeting next week, Shore Transit will be receiving the Large Transit Agency Award.

The company that handles the advertisements on the buses has asked if we will accept political ads. During discussion concerns were raised about negative ads and accepting an ad may make it look like a candidate is endorsed by Shore Transit. Ocean City Transit does not accept political ads. Following discussion, there was a motion by Mr. Otto, seconded by Mr. Fisher, to not accept political ads with all in favor and Mrs. Mitchell abstaining.

### B. TCCMPC Annexation – Mike Pennington

The annexation is complete and the TCCMPC is now a part of the City of Salisbury. The RFP for a construction contractor is schedule to go out in the early spring.

### C.  FY16 Budget – Mike Pennington & John Donegan

The grant documents from MTA have arrived and the FY16 Budget has been updated accordingly.  All grant funding has now been confirmed except for the Department of Human Resources (DHR) grant through Somerset County Department of Social Services (DSS) for Shore Transit.

**New Business**

### A.  2015 Citizenship Award – Jerry Boston

The Citizenship Award was not awarded in 2014 due to the election.  If the Tri-County Council decides to call for nominations, the Executive Board decided to hold the nomination from 2014 and add them to the 2015 nominations.

Following discussion, on a motion from Mrs. Mitchell, seconded by Senator Mathias, the Tri-County Council unanimously voted to call for nominations for the 2015 Citizenship Award.  If the 2015 Citizenship Award is awarded, the presentation will be made at the March 2016 Tri-County Council meeting.

### B.  Tri-County Council's December Meeting – Jerry Boston

The December Tri-County Council meeting, when the election of 2015 officers is held, is scheduled for December 9 which is during the Maryland Association of Counties (MACO) Winter Conference.  The Tri-County Council asked Mr. Pennington to review the MACO conference schedule for a time on Thursday, December 10 that a brief meeting for the election of officers can be held.

**Other Business**

Mr. Pennington reminded the Tri-County Council members that if they are not in compliance with the Ethics Commission they need to contact them.  He has a contact name in the Ethics Commission office that will help members to complete the required forms.

Mr. Pennington noted that there is an economic development conference being planned for the lower shore.  When more information becomes available it will be distributed to the counties.

Senator Mathias talked about the need for a third Chesapeake Bay Bridge crossing.  He asked the Tri-County Council members to make this a conversation point with state officials.

There being no further business, on a motion by Mrs. Mitchell, seconded by Mr. Mitrecic, the meeting was adjourned at 7:35 p.m.

Thanks, Brad! Always give me a good chuckle!

Sent from my iPhone

On Mar 13, 2018, at 1:58 PM, Brad Bellacicco <bbellacicco@tcclesmd.org> wrote:

I have referred your question to MTA and the TCC Board. I doubt we will take their money because we are still firing people for smoking cannabis. Would be hypocritical to advertise it when we drug test.

BRAD BELLACICCO
DIRECTOR, SHORE TRANSIT DIVISION
TRI-COUNTY COUNCIL LES
31901 Tri-county Way
Suite 133
Salisbury, Maryland 21804
Phone: 410.341.8951
Fax: 410.341.8953
Mobile: 443.754.1229
Email: bbellacicco@shoretransit.org

Please consider the environment before printing this email
Legal Disclaimer: ElectronicCommunications-

Hi, Brad. We have been approached by several companies in the Medical Cannabis business that would like to spend money on Transit Advertising in Maryland. Would Shore Transit accept these business ads? We would send all creatives to the Transit Authority for final approval before printing and installing any displays.

**Susan Maex | Senior Account Executive**
**Vector Media**
1615 York Road - Suite 204
Lutherville, MD 21093
P: 443.275.1770 Ext 13
C: 443.996.8445
<~WRD000.jpg> <~WRD000.jpg> <~WRD000.jpg> <~WRD000.jpg> <~WRD000.jpg>

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**From:** Dylan Stedman <dstedman@vectormedia.com>
**Sent:** Tuesday, March 10, 2020 11:47 AM
**To:** Brad Bellacicco <bbellacicco@tcclesmd.org>
**Cc:** Mark Sheely <msheely@vectormedia.com>; Michelle Mason <mmason@vectormedia.com>
**Subject:** Re: Hi Tide Dispensary

Understood, thanks for the feedback

On Tue, Mar 10, 2020 at 11:45 AM Brad Bellacicco <bbellacicco@tcclesmd.org> wrote:

> No we need to be careful with the perception of supporting a position opposed to FTA and risk our funding.
>
> **From:** Dylan Stedman [mailto:dstedman@vectormedia.com]
> **Sent:** Tuesday, March 10, 2020 9:48 AM
> **To:** Brad Bellacicco <bbellacicco@tcclesmd.org>
> **Cc:** Mark Sheely <msheely@vectormedia.com>; Michelle Mason <mmason@vectormedia.com>
> **Subject:** Re: Hi Tide Dispensary
>
> Thanks for the info, Brad. If they were only to advertise their CBD products? What would be the case then?
>
> On Tue, Mar 10, 2020 at 9:46 AM Brad Bellacicco <bbellacicco@tcclesmd.org> wrote:
>
>> Sorry but no. We have Federal Transportation funding and comply with the FTA Drug and Alcohol testing program. Would be hypocritical to advertise for marijuana and fire people for using it.

**From:** Mark Sheely [mailto:msheely@vectormedia.com]
**Sent:** Tuesday, March 10, 2020 9:36 AM
**To:** Brad Bellacicco <bbellacicco@tcclesmd.org>
**Cc:** Michelle Mason <mmason@vectormedia.com>; Dylan Stedman <dstedman@vectormedia.com>
**Subject:** Hi Tide Dispensary

Hi Brad,

I need to know if it OK to accept business from Hi Tide Dispensary. They offer legal CBD products and medical Marijuana. Link to their website is below.

https://www.ochitide.com/

Thanks, Mark

## MARK A. SHEELY
REGIONAL MANAGER

p: (443) 275-1770 ext 317
c: (443) 957-5968
vectormedia.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

--

## DYLAN STEDMAN
ACCOUNT EXECUTIVE

p: (443) 275-1770 ext 329
c: (301) 828-6673
VECTORMEDIA.COM