# EXHIBIT F

| | Month | Total Billings | Total Rev Share | MAG | Deductions | YTD (Remaining)/Overage |
|---|---|---|---|---|---|---|
| 8 | CONTRACT PERIOD 12/1/2019 TO 11/30/2020 | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | Month | Total Billings | Total Rev Share | MAG | Deductions | (Remaining)/Overage |
| 12 | | | | | | |
| 13 | Dec-19 | **950.00** | **522.50** | 2,500.00 | | |
| 14 | Jan-20 | **-** | **-** | 2,500.00 | | |
| 15 | Feb-20 | **3,680.00** | **2,024.00** | 2,500.00 | | |
| 16 | Mar-20 | **11,800.00** | **6,490.00** | 2,500.00 | | |
| 17 | Apr-20 | **3,140.00** | **1,727.00** | 2,500.00 | | |
| 18 | May-20 | **5,656.12** | **3,110.87** | 2,500.00 | | |
| 19 | Jun-20 | **15,809.92** | **8,695.46** | 2,500.00 | | |
| 20 | Jul-20 | **15,407.04** | **8,473.87** | 2,500.00 | | |
| 21 | Aug-20 | **27,474.54** | **15,111.00** | 2,500.00 | | |
| 22 | Sep-20 | **57,037.04** | **31,370.37** | 2,500.00 | | |
| 23 | Oct-20 | **14,657.04** | **8,061.37** | 2,500.00 | | |
| 24 | Nov-20 | **24,264.97** | **13,345.73** | 2,500.00 | | |
| 25 | | | | | | |
| 26 | **YTD Totals** | 179,876.67 | 98,932.17 | 30,000.00 | - | 68,932.17 |
| 27 | | - | - | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |

**Shore Transit - Queen Anne's - County Ride**
*Monthly Advertising Report*
**Nov-20**

### Shore Transit

| Advertiser | Contract | Item | Quantity | Start Date | End Date | Net billing | % E Shore |
|---|---|---|---|---|---|---|---|
| Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.87 | 4,280.03 |
| Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.45 | 2,419.15 |
| Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.66 | 372.16 |
| Salisbury Housing | 200615002-0 | Transit Buses-King Size Bus Posters-Space | 4 | 8/31/2020 | 5/30/2021 | 950.00 | 522.50 |
| Wicomico County Health Department | 201022016-0 | Transit Buses-King Size Bus Posters-Space | 10 | 11/30/2020 | 12/29/2020 | 3,600.00 | 1,980.00 |
| Wicomico County Health Department | 201022016-0 | Transit Buses-Queen Size Bus Posters-Space | 12 | 11/30/2020 | 12/29/2020 | 3,780.00 | 2,079.00 |
| Wicomico County Health Department | 201022016-0 | Transit Buses-Super King-Space | 7 | 11/30/2020 | 12/29/2020 | 2,677.99 | 1,472.89 |
| **Total Sales Salisbury** | | | | | | **23,864.97** | **13,125.73** |

### Queen Anne's - County Ride

| Advertiser | Contract | Item | Quantity | Start Date | End Date | Net billing | % E Shore |
|---|---|---|---|---|---|---|---|
| Chesapeake College | 200616019-0 | Transit Buses-Queen Size Bus Posters-Space | 1 | 9/7/2020 | 11/29/2020 | 400.00 | 220.00 |
| **Total Sales Queen Anne's County** | | | | | | **400.00** | **220.00** |
| | | | | | | | |
| **Total Media Sales** | | | | | | **24,264.97** | **13,345.73** |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | **Advertiser** | **Contract** | **Item** | **Quantity** | **Start Date** | **End Date** | **Billing** | **Rev Share** | **Product Line** | **Period** |
| 2 | | Salisbury Housing | 20190822.10 | Transit Buses-King Size Bus Posters-Space | 2 | 9/1/2019 | 5/31/2020 | 950.00 | 522.50 | Shore Transit | 12/1/2019 |
| 3 | | MD Auto Insurance | 191120014-0 | Transit Buses-King Size Bus Posters-Space | 4 | | | 1,480.00 | 814.00 | Shore Transit | 2/1/2020 |
| 4 | | Salisbury Housing | 20190822.10 | Transit Buses-King Size Bus Posters-Space | 2 | | | 950.00 | 522.50 | Shore Transit | 2/1/2020 |
| 5 | | Wicomico County Health Department | 200106008-0 | Transit Buses-Super King-Space | 4 | | | 1,250.00 | 687.50 | Shore Transit | 2/1/2020 |
| 6 | | Maryland Department of Planning | 200303022-0 | Transit Buses-King Size Bus Posters-Space | 3 | 3/16/2020 | 4/19/2020 | 960.00 | 528.00 | Shore Transit | 3/1/2020 |
| 7 | | Maryland Department of Planning | 200303022-0 | Transit Buses-King Size Bus Posters-Space | 5 | 3/16/2020 | 4/19/2020 | 1,600.00 | 880.00 | Shore Transit | 3/1/2020 |
| 8 | | Maryland Department of Planning | 200303022-0 | Transit Buses-King Size Bus Posters-Space | 9 | 3/16/2020 | 4/19/2020 | 1,440.00 | 792.00 | Shore Transit | 3/1/2020 |
| 9 | | MD Auto Insurance | 191120014-0 | Transit Buses-King Size Bus Posters-Space | 4 | 2/24/2020 | 4/19/2020 | 1,480.00 | 814.00 | Shore Transit | 3/1/2020 |
| 10 | | Salisbury Housing | 20190822.10 | Transit Buses-King Size Bus Posters-Space | 2 | 2/1/2020 | 5/31/2020 | 950.00 | 522.50 | Shore Transit | 3/1/2020 |
| 11 | | Wicomico County Board of Elections | 200106007-0 | Transit Buses-King Size Bus Posters-Space | 1 | 3/9/2020 | 5/3/2020 | 350.00 | 192.50 | Shore Transit | 3/1/2020 |
| 12 | | Wicomico County Board of Elections | 200106007-0 | Transit Buses-Tailight Display-Space | 1 | 3/9/2020 | 5/3/2020 | 280.00 | 154.00 | Shore Transit | 3/1/2020 |
| 13 | | Wicomico County Health Department | 200106008-0 | Transit Buses-Super King-Space | 4 | 2/3/2020 | 4/26/2020 | 2,500.00 | 1,375.00 | Shore Transit | 3/1/2020 |
| 14 | | Maryland Department of Planning | 200304011-0 | Transit Buses-King Size Bus Posters-Space | 2 | 3/16/2020 | 4/19/2020 | 1,600.00 | 880.00 | Queen Anne's | 3/1/2020 |
| 15 | | Maryland Department of Planning | 200304011-0 | Transit Buses-King Size Bus Posters-Space | 4 | 3/16/2020 | 4/19/2020 | 640.00 | 352.00 | Queen Anne's | 3/1/2020 |
| 16 | | Maryland Department of Planning | 200303022-0 | Transit Buses-King Size Bus Posters-Space | 3 | 3/16/2020 | 4/19/2020 | 240.00 | 132.00 | Shore Transit | 4/1/2020 |
| 17 | | Maryland Department of Planning | 200303022-0 | Transit Buses-King Size Bus Posters-Space | 5 | 3/16/2020 | 4/19/2020 | 400.00 | 220.00 | Shore Transit | 4/1/2020 |
| 18 | | Maryland Department of Planning | 200303022-0 | Transit Buses-King Size Bus Posters-Space | 9 | 3/16/2020 | 4/19/2020 | 360.00 | 198.00 | Shore Transit | 4/1/2020 |
| 19 | | Salisbury Housing | 20190822.10 | Transit Buses-King Size Bus Posters-Space | 2 | 2/1/2020 | 5/31/2020 | 950.00 | 522.50 | Shore Transit | 4/1/2020 |
| 20 | | Wicomico County Board of Elections | 200106007-0 | Transit Buses-King Size Bus Posters-Space | 1 | 3/9/2020 | 5/3/2020 | 350.00 | 192.50 | Shore Transit | 4/1/2020 |
| 21 | | Wicomico County Board of Elections | 200106007-0 | Transit Buses-Tailight Display-Space | 1 | 3/9/2020 | 5/3/2020 | 280.00 | 154.00 | Shore Transit | 4/1/2020 |
| 22 | | Maryland Department of Planning | 200304011-0 | Transit Buses-King Size Bus Posters-Space | 2 | | | 400.00 | 220.00 | Queen Anne's | 4/1/2020 |
| 23 | | Maryland Department of Planning | 200304011-0 | Transit Buses-King Size Bus Posters-Space | 4 | | | 160.00 | 88.00 | Queen Anne's | 4/1/2020 |
| 24 | | MDH Center for Tobacco Prevention & Control | 200304001-0 | Transit Buses-King Size Bus Posters-Space | 6 | 3/16/2020 | 4/19/2020 | 3,150.00 | 1,732.50 | Shore Transit | 5/1/2020 |
| 25 | | Salisbury Housing | 20190822.10 | Transit Buses-King Size Bus Posters-Space | 2 | 3/16/2020 | 4/19/2020 | 950.00 | 522.50 | Shore Transit | 5/1/2020 |
| 26 | | Wicomico County Health Department | 200331004-0 | Transit Buses-Super King-Space | 6 | 3/16/2020 | 4/19/2020 | 1,556.12 | 855.87 | Shore Transit | 5/1/2020 |
| 27 | | Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.89 | 4,280.04 | Shore Transit | 6/1/2020 |
| 28 | | Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.46 | 2,419.15 | Shore Transit | 6/1/2020 |
| 29 | | Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.69 | 372.18 | Shore Transit | 6/1/2020 |
| 30 | | Salisbury Housing | 20190822.10 | Transit Buses-King Size Bus Posters-Space | 2 | 5/1/2020 | 5/31/2020 | (950.00) | (522.50) | Shore Transit | 6/1/2020 |
| 31 | | Wicomico County Health Department | 200331004-0 | Transit Buses-Super King-Space | 11 | 6/1/2020 | 6/28/2020 | 2,852.88 | 1,569.08 | Shore Transit | 6/1/2020 |
| 32 | | MDH Center for Tobacco Prevention & Control | 200124023-1 | Transit Buses-King Size Bus Posters-Space | 1 | 6/22/2020 | 8/16/2020 | 350.00 | 192.50 | Queen Anne's | 6/1/2020 |
| 33 | | MDH Center for Tobacco Prevention & Control | 200124023-1 | Transit Buses-King Size Bus Posters-Space | 2 | 6/22/2020 | 8/16/2020 | 700.00 | 385.00 | Queen Anne's | 6/1/2020 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | | MDH Center for Tobacco Prevention & Control | 200128003-0 | Transit Buses-King Size Bus Posters-Space | 4 | 7/20/2020 | 9/13/2020 | 1,500.00 | 825.00 | Shore Transit | 7/1/2020 |
| 35 | | Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.89 | 4,280.04 | Shore Transit | 7/1/2020 |
| 36 | | Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.46 | 2,419.15 | Shore Transit | 7/1/2020 |
| 37 | | Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.69 | 372.18 | Shore Transit | 7/1/2020 |
| 38 | | MDH Center for Tobacco Prevention & Control | 200124023-1 | Transit Buses-King Size Bus Posters-Space | 1 | 6/22/2020 | 8/16/2020 | 350.00 | 192.50 | Queen Anne's | 7/1/2020 |
| 39 | | MDH Center for Tobacco Prevention & Control | 200124023-1 | Transit Buses-King Size Bus Posters-Space | 2 | 6/22/2020 | 8/16/2020 | 700.00 | 385.00 | Queen Anne's | 7/1/2020 |
| 40 | | MD Auto Insurance | 191120014-0 | Transit Buses-King Size Bus Posters-Space | 4 | 8/31/2020 | 12/25/2020 | 1,480.00 | 814.00 | Shore Transit | 8/1/2020 |
| 41 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-King Size Bus Posters-Space | 3 | 8/17/2020 | 9/27/2020 | 1,687.50 | 928.13 | Shore Transit | 8/1/2020 |
| 42 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-Queen Size Bus Posters-Space | 3 | 8/17/2020 | 9/27/2020 | 1,575.00 | 866.25 | Shore Transit | 8/1/2020 |
| 43 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-Tailight Display-Space | 1 | 8/17/2020 | 9/27/2020 | 525.00 | 288.75 | Shore Transit | 8/1/2020 |
| 44 | | MDH Center for Tobacco Prevention & Control | 200128003-0 | Transit Buses-King Size Bus Posters-Space | 4 | 7/20/2020 | 9/13/2020 | 1,500.00 | 825.00 | Shore Transit | 8/1/2020 |
| 45 | | Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.89 | 4,280.04 | Shore Transit | 8/1/2020 |
| 46 | | Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.46 | 2,419.15 | Shore Transit | 8/1/2020 |
| 47 | | Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.69 | 372.18 | Shore Transit | 8/1/2020 |
| 48 | | Salisbury Housing | 200615002-0 | Transit Buses-King Size Bus Posters-Space | 4 | 8/31/2020 | 5/30/2021 | 950.00 | 522.50 | Shore Transit | 8/1/2020 |
| 49 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-King Size Bus Posters-Space | 1 | 8/17/2020 | 9/27/2020 | 600.00 | 330.00 | Queen Anne's | 8/1/2020 |
| 50 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-King Size Bus Posters-Space | 2 | 8/17/2020 | 9/27/2020 | 1,200.00 | 660.00 | Queen Anne's | 8/1/2020 |
| 51 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-Queen Size Bus Posters-Space | 2 | 8/17/2020 | 9/27/2020 | 1,125.00 | 618.75 | Queen Anne's | 8/1/2020 |
| 52 | | MDH Center for Population Health Initiatives | 200714012-0 | Transit Buses-Tailight Display-Space | 6 | 8/17/2020 | 9/27/2020 | 2,925.00 | 1,608.75 | Queen Anne's | 8/1/2020 |
| 53 | | MDH Center for Tobacco Prevention & Control | 200128003-0 | Transit Buses-King Size Bus Posters-Space | 1 | 8/17/2020 | 10/11/2020 | 350.00 | 192.50 | Queen Anne's | 8/1/2020 |
| 54 | | MDH Center for Tobacco Prevention & Control | 200128003-0 | Transit Buses-King Size Bus Posters-Space | 2 | 8/17/2020 | 10/11/2020 | 700.00 | 385.00 | Queen Anne's | 8/1/2020 |
| 55 | | MD Auto Insurance | 191120014-0 | Transit Buses-King Size Bus Posters-Space | 4 | 8/31/2020 | 12/25/2020 | 1,480.00 | 814.00 | Shore Transit | 9/1/2020 |
| 56 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-King Size Bus Posters-Space | 3 | 9/7/2020 | 11/29/2020 | 3,600.00 | 1,980.00 | Shore Transit | 9/1/2020 |
| 57 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-King Size Bus Posters-Space | 5 | 9/7/2020 | 11/29/2020 | 6,375.00 | 3,506.25 | Shore Transit | 9/1/2020 |
| 58 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-King Size Bus Posters-Space | 7 | 9/7/2020 | 11/29/2020 | 7,350.00 | 4,042.50 | Shore Transit | 9/1/2020 |
| 59 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-Queen Size Bus Posters-Space | 4 | 9/7/2020 | 11/29/2020 | 7,800.00 | 4,290.00 | Shore Transit | 9/1/2020 |
| 60 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-Queen Size Bus Posters-Space | 5 | 9/7/2020 | 11/29/2020 | 4,875.00 | 2,681.25 | Shore Transit | 9/1/2020 |
| 61 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-Super King-Space | 2 | 9/7/2020 | 11/29/2020 | 2,550.00 | 1,402.50 | Shore Transit | 9/1/2020 |
| 62 | | Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.89 | 4,280.04 | Shore Transit | 9/1/2020 |
| 63 | | Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.46 | 2,419.15 | Shore Transit | 9/1/2020 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | | Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.69 | 372.18 | Shore Transit | 9/1/2020 |
| 65 | | Wicomico County Board of Elections | 200901003-0 | Transit Buses-King Size Bus Posters-Space | 3 | 9/28/2020 | 11/8/2020 | 900.00 | 495.00 | Shore Transit | 9/1/2020 |
| 66 | | Chesapeake College | 200616019-0 | Transit Buses-Queen Size Bus Posters-Space | 1 | 9/7/2020 | 11/29/2020 | 400.00 | 220.00 | Queen Anne's | 9/1/2020 |
| 67 | | MDH Center for Tobacco Prevention & Control | 200128003-0 | Transit Buses-King Size Bus Posters-Space | 1 | 8/17/2020 | 10/11/2020 | 350.00 | 192.50 | Queen Anne's | 9/1/2020 |
| 68 | | MDH Center for Tobacco Prevention & Control | 200128003-0 | Transit Buses-King Size Bus Posters-Space | 2 | 8/17/2020 | 10/11/2020 | 700.00 | 385.00 | Queen Anne's | 9/1/2020 |
| 69 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-King Size Bus Posters-Space | 1 | 9/7/2020 | 11/29/2020 | 1,200.00 | 660.00 | Queen Anne's | 9/1/2020 |
| 70 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-King Size Bus Posters-Space | 2 | 9/7/2020 | 11/29/2020 | 2,400.00 | 1,320.00 | Queen Anne's | 9/1/2020 |
| 71 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-Queen Size Bus Posters-Space | 1 | 9/7/2020 | 11/29/2020 | 975.00 | 536.25 | Queen Anne's | 9/1/2020 |
| 72 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-Queen Size Bus Posters-Space | 2 | 9/7/2020 | 11/29/2020 | 1,950.00 | 1,072.50 | Queen Anne's | 9/1/2020 |
| 73 | | MDH Prevention & Health Promotion Administration | 200407017-0 | Transit Buses-Super King-Space | 1 | 9/7/2020 | 11/29/2020 | 1,275.00 | 701.25 | Queen Anne's | 9/1/2020 |
| 74 | | Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.89 | 4,280.04 | Shore Transit | 10/1/2020 |
| 75 | | Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.46 | 2,419.15 | Shore Transit | 10/1/2020 |
| 76 | | Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.69 | 372.18 | Shore Transit | 10/1/2020 |
| 77 | | Salisbury Housing | 200615002-0 | Transit Buses-King Size Bus Posters-Space | 4 | 8/31/2020 | 5/30/2021 | 950.00 | 522.50 | Shore Transit | 10/1/2020 |
| 78 | | Wicomico County Board of Elections | 200901003-0 | Transit Buses-King Size Bus Posters-Space | 3 | 9/28/2020 | 11/8/2020 | 450.00 | 247.50 | Shore Transit | 10/1/2020 |
| 79 | | Chesapeake College | 200616019-0 | Transit Buses-Queen Size Bus Posters-Space | 1 | 9/7/2020 | 11/29/2020 | 400.00 | 220.00 | Queen Anne's | 10/1/2020 |
| 80 | | Priority Partners | 200317014-0 | Transit Buses-King Size Bus Posters-Space | 23 | 6/29/2020 | 12/13/2020 | 7,781.87 | 4,280.03 | Shore Transit | 11/1/2020 |
| 81 | | Priority Partners | 200317014-0 | Transit Buses-Queen Size Bus Posters-Space | 13 | 6/29/2020 | 12/13/2020 | 4,398.45 | 2,419.15 | Shore Transit | 11/1/2020 |
| 82 | | Priority Partners | 200317014-0 | Transit Buses-Tailight Display-Space | 2 | 6/29/2020 | 12/13/2020 | 676.66 | 372.16 | Shore Transit | 11/1/2020 |
| 83 | | Salisbury Housing | 200615002-0 | Transit Buses-King Size Bus Posters-Space | 4 | 8/31/2020 | 5/30/2021 | 950.00 | 522.50 | Shore Transit | 11/1/2020 |
| 84 | | Wicomico County Health Department | 201022016-0 | Transit Buses-King Size Bus Posters-Space | 10 | 11/30/2020 | 12/29/2020 | 3,600.00 | 1,980.00 | Shore Transit | 11/1/2020 |
| 85 | | Wicomico County Health Department | 201022016-0 | Transit Buses-Queen Size Bus Posters-Space | 12 | 11/30/2020 | 12/29/2020 | 3,780.00 | 2,079.00 | Shore Transit | 11/1/2020 |
| 86 | | Wicomico County Health Department | 201022016-0 | Transit Buses-Super King-Space | 7 | 11/30/2020 | 12/29/2020 | 2,677.99 | 1,472.89 | Shore Transit | 11/1/2020 |
| 87 | | Chesapeake College | 200616019-0 | Transit Buses-Queen Size Bus Posters-Space | 1 | 9/7/2020 | 11/29/2020 | 400.00 | 220.00 | Queen Anne's | 11/1/2020 |

|   | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 8 | CONTRACT PERIOD 12/1/2020 TO 11/30/2021 | | | | | |
| 9 | | | | | | |
| 10 | | | | | | YTD |
| 11 | **Month** | **Total Billings** | **Total Rev Share** | **Guarantee** | **Deductions** | **(Remaining)/Overage** |
| 12 | | | | | | |
| 13 | Dec-20 | - | - | 2,500.00 | | |
| 14 | Jan-21 | **1,000.00** | **550.00** | 2,500.00 | | |
| 15 | Feb-21 | **22,840.00** | **12,562.00** | 2,500.00 | | |
| 16 | Mar-21 | **1,000.00** | **550.00** | 2,500.00 | | |
| 17 | Apr-21 | - | - | - | | |
| 18 | May-21 | - | - | - | | |
| 19 | Jun-21 | - | - | - | | |
| 20 | Jul-21 | - | - | - | | |
| 21 | Aug-21 | - | - | - | | |
| 22 | Sep-21 | - | - | - | | |
| 23 | Oct-21 | - | - | - | | |
| 24 | Nov-21 | - | - | - | | |
| 25 | | | | | | |
| 26 | **YTD Totals** | **24,840.00** | **13,662.00** | **10,000.00** | **-** | **3,662.00** |
| 27 | | - | - | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |

**Shore Transit - Queen Anne's - County Ride**
*Monthly Advertising Report*
**Mar-21**

### Shore Transit

| Advertiser | Contract | Item | Quantity | Start Date | End Date | Net billing | % E Shore |
|---|---|---|---|---|---|---|---|
| Brasures Pest Control | 200910008-1 | Transit Buses-Full Wrap-Space | 1 | 1/4/2021 | 1/3/2022 | 1,000.00 | 550.00 |
| **Total Sales Salisbury** | | | | | | **1,000.00** | **550.00** |

### Queen Anne's - County Ride

| Advertiser | Contract | Item | Quantity | Start Date | End Date | Net billing | % E Shore |
|---|---|---|---|---|---|---|---|
| **Total Sales Queen Anne's County** | | | | | | **-** | **-** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Media Sales** | | | | | | **1,000.00** | **550.00** |

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   | **Advertiser** | **Contract** | **Item** | **Quantity** | **Start Date** | **End Date** | **Billing** | **Rev Share** | **Product Line** | **Period** |
| 2 |   | Brasures Pest Control | 200910008-1 | Transit Buses-Full Wrap-Space | 1 | 1/4/2021 | 1/3/2022 | 1,000.00 | 550.00 | Shore Transit | 1/1/2021 |
| 3 |   | Brasures Pest Control | 200910008-1 | Transit Buses-Full Wrap-Space | 1 | 1/4/2021 | 1/3/2022 | 1,000.00 | 550.00 | Shore Transit | 2/1/2021 |
| 4 |   | Wicomico Partnership for Families & Children | 201201004-0 | Transit Buses-Super King-Space | 10 | 2/1/2021 | 6/30/2021 | 21,840.00 | 12,012.00 | Shore Transit | 2/1/2021 |
| 5 |   | Brasures Pest Control | 200910008-1 | Transit Buses-Full Wrap-Space | 1 | 1/4/2021 | 1/3/2022 | 1,000.00 | 550.00 | Shore Transit | 3/1/2021 |