**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

People for the Ethical Treatment of Animals, Inc.                    *

    **Plaintiff,**

                             *

    **v.**                                             **Case No.** _____

                             *

Shore Transit, et al.

    **Defendant.**                                     *

**MOTION FOR ADMISSION PRO HAC VICE**

    I, Robin R. Cockey _____, am a member in good standing of the bar of this

Court.  I am moving the admission of Brian M. Hauss _____

to appear pro hac vice in this case as counsel for People for the Ethical Treatment of Animals, Inc. (PETA).

    We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| see attachment. | see attachment. |
|  |  |
|  |  |
|  |  |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0_____ time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.


MOVANT

PROPOSED ADMITTEE

_____ /s/ _____
Signature

_____ /s/ _____
Signature

Robin R. Cockey, Bar No. 02657

Brian M. Hauss

Printed name and bar number

Printed name

Cockey, Brennan & Maloney, PC

American Civil Liberties Union Foundation

Office name

Office name

313 Lemmon Hill Lane, Salisbury, MD 21801

125 Broad Street, New York, NY 10004

Address

Address

410.546.1750

212.549.2500

Telephone number

Telephone number

410.546.1811

212.549.2654

Fax Number

Fax Number

rrcesq@cbmlawfirm.com

bhauss@aclu.org

Email Address

Email Address

**Brian Matthew Hauss Court Admissions**

| Court | Admission Date | Bar No. |
|---|---|---|
| California (inactive) | 12/11/2012 | 284759 |
| New York | 05/18/2016 | 5437751 |
| Northern District of California | 04/07/2016 | |
| Eastern District of Michigan | 05/11/2016 | |
| Northern District of Texas | 11/15/2016 | |
| Southern District of New York | 08/30/2016 | BH8861 |
| District of North Dakota | 01/04/2017 | |
| Unites States Supreme Court | 11/29/2017 | |
| Third Circuit Court of Appeals | 08/29/2018 | |
| Ninth Circuit Court of Appeals | 10/09/2018 | |
| Fifth Circuit court of Appeals | 11/27/2019 | |
| Eight Circuit Court of Appeals | 03/05/2019 | |
| Second Circuit Court of Appeals | 12/02/2020 | |
| First Circuit Court of Appeals | 01/27/2021 | |
| Fourth Circuit Court of Appeals | 05/20/2021 | |