# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.<br>501 Front Street<br>Norfolk, VA 23510<br>*Plaintiff*,<br><br>v.<br><br>SHORE TRANSIT<br>31901 Tri-County Way, Suite 133<br>Salisbury, MD 21804<br><br>BRAD BELLACICCO, in his official capacity as the Director of Shore Transit<br>31901 Tri-County Way, Suite 133<br>Salisbury, MD 21804<br><br>TRI-COUNTY COUNCIL OF THE LOWER EASTERN SHORE OF MARYLAND<br>31901 Tri-County Way, Suite 201,<br>Salisbury, MD 21804<br>*Defendants*. | Civil Action No. 1:21-cv-02083-JKB |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff People for the Ethical Treatment of Animals, Inc., pursuant to Federal Rule 12(b)(6), opposes Defendant's Motion to Dismiss for the reasons set forth in the attached Combined Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction and in Opposition to Defendants' Motion to Dismiss.

1

**WHEREFORE**, Plaintiff respectfully requests this Court deny Defendant's Motion to Dismiss and grant it such other and further relief as the nature of its cause may warrant.

| | |
|---|---|
| Dated: October 8, 2021 | Respectfully submitted, |
| /s/ | /s/ |
| Brian Hauss, Federal Bar No. 816251* | Robin R. Cockey, Federal Bar No. 02657 |
| American Civil Liberties Union Foundation | Cockey, Brennan & Maloney, PC |
| 125 Broad Street, 18th Floor | 313 Lemmon Hill Lane |
| New York, NY 10004 | Salisbury, MD 21801 |
| T: 212.549.2500 | T: 410.546.1750 |
| F: 212.549.2654 | F: 410.546.1811 |
| bhauss@aclu.org | rrcesq@cbmlawfirm.com |
| | |
| *Pro hac vice* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2021, I electronically filed the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss with the clerk of the Court by using the CM/ECF system, and via the Court's CM/ECF system on all counsel of record.

/s/
Robin R. Cockey, Federal Bar No. 02657
Cockey, Brennan & Maloney, PC
313 Lemmon Hill Lane
Salisbury, MD 21801
T: 410.546.1750
F: 410.546.1811
rrcesq@cbmlawfirm.com

*Counsel for Plaintiff*